CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **Andres Gomez**, | ) | |
|---|---|---|
| Plaintiff, | ) | Case Number: |
| v. | ) | |
| **JSR Hospitality, Inc.**, a California Corporation; and **Does 1-10**, | ) ) | **Certification of Interested Entities or Persons** |
| Defendants. | ) | |
| | ) | **Civil L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 11, 2020          CENTER FOR DISABILITY ACCESS

By:_____
Russell Handy, Esq.,
Attorneys for Plaintiff