UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JSR HOSPITALITY, INC.,<br><br>　　　　　Defendant. | Case No. 20-cv-05618-SK<br><br>**ORDER TO SHOW CAUSE AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　　This action was scheduled for a case management conference on December 13, 2021 at 1:30 p.m.  The Court's Standing Order requires that all parties appear through lead counsel.  Without leave of Court or notice to any of the parties, counsel for Defendant failed to appear at the case management conference in violation of this Court's orders and Northern District Civil Local Rule 16-10(c).  Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $500 should not be imposed on Defendant's counsel personally.  Counsel for Defendant shall respond in writing by no later than December 22, 2021 as to why sanctions should not issue.

　　　　The Court FURTHER ORDERS that the Case Management Conference is CONTINUED to January 3, 2022 at 9:30 a.m.

　　　　**IT IS SO ORDERED**.

Dated: December 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge